

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00261-CR
_____

LARRY WAYNE ASHLEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court No. 27,050

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Larry Wayne Ashley was convicted of aggravated sexual assault of a disabled person. TEX. PENAL CODE ANN. § 22.021(a) (West Supp. 2011). He was tried for allegations in two indictments, in a single jury trial. His appeal is presented in one brief, raising the same challenges to convictions in both trial court cause numbers. Based on the reasoning and analysis in our opinion in cause number 06-11-00260-CR, issued this date, we overrule Ashley's points of error and affirm the trial court's judgment and sentence.

Bailey C. Moseley
Justice

Date Submitted: June 7, 2012
Date Decided: June 25, 2012

Do Not Publish